IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**METLIFE HOME LOANS,**
a Division of **METLIFE BANK, N.A.**,

**Plaintiff,**

**v.**

**TAWNI M. COLLINS, et al.,**

**Defendants.** No. 10-0823-DRH

## ORDER

**HERNDON, Chief Judge:**

Pending before the Court is plaintiff's motion to dismiss voluntarily pursuant to Federal Rule of Civil Procedure 41 (Doc. 13). Specifically, plaintiff moves to dismiss the case as it and the defendant mortgagor(s) entered into a loan modification agreement. Further, the government does not object to the motion. Thus, the Court **GRANTS** the motion and **DISMISSES without prejudice** this cause of action. The Court will close the file.

**IT IS SO ORDERED.**

Signed this 20th day of April, 2011.

David R. Herndon
2011.04.20
15:46:47 -05'00'

**Chief Judge**
**United States District Court**